

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Padam Gharti Magar

**Civil Action No.** 26-cv-0735-AGS-VET

**Petitioner**

V.

**JUDGMENT IN A CIVIL CASE**

Christopher LaRose

**Respondent.**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

On March 3, 2026, the Court held a motion hearing. For the reasons set out on the record, the petition (ECF 1 ) is denied. The case is hereby closed.

**Date:** _____ 03/04/26 _____

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ M. Fujita _____

M. Fujita, Deputy